# United States Bankruptcy Court
## District of New Jersey

Order Filed on
8/31/2013
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| *In re* <br><br> RICHARD VIOLA, <br><br> *Debtor* | Case No. 11-36565 <br> Chapter 7 |
| *Plaintiff(s),* <br><br> DEBORAH GRIMANDO (f/k/a Deborah Viola) <br><br> *- against -* <br><br> *Defendant(s),* <br><br> RICHARD VIOLA | Adv. Proc. No. 11-2583 (MBK) |

## FINAL JUDGMENT

THIS MATTER having been tried before the Hon. Michael B. Kaplan, U.S.B.J. on July 16, 2013, and a decision having been made on August 13, 2013, finding that the entire debt is non-dischargeable under 11 U.S.C. § 523(a)(6),

FINAL JUDGMENT shall therefore be entered against the defendant/debtor RICHARD VIOLA in the amount of $30,322.33.

**DATED: 8/31/2013**

_____
Honorable Michael B. Kaplan